# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| CARLOS GOMEZ, on behalf of himself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v.   ) ) ) | Case No. 2:23-cv-2334-SHM-atc |
| D&M BOLANOS DRYWALL, LLC, ) MIRNA BOLANOS, individually, ) DAVID BOLANOS, individually, and ) BENJAMIN WARD, individually, ) ) | |
| Defendant.   ) | |

## ORDER DENYING MOTION TO STAY

Before the Court is the parties' Joint Motion for Stay of Proceedings.  (ECF No. 29.)  The Motion is DENIED.  This matter is scheduled for a telephonic status conference on July 2, 2024, at which the case will be rescheduled.  (ECF No. 30.)  All deadlines in the existing scheduling order will be held in abeyance until then.

SO ORDERED this 31st day of May, 2024.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE