IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **Carlos Gomez,** *on behalf of himself and all others similarly situated*, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) Civil Action No. 2:23-cv-02334 ) |
| **D & M Bolanos Drywall, LLC,** **Mirna Bolanos,** *individually*, **David Bolanos,** *individually*, **and** **Benjamin Ward,** *individually*, | ) ) ) ) ) |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT

Plaintiff Carlos Gomez, by and through counsel, hereby files this Notice of Settlement to advise the Court that the parties have agreed to resolve the above-reference case and that a Stipulation of Dismissal with Prejudice will be filed once the settlement agreement is fully executed.

Respectfully submitted,

 s/Philip Oliphant
Philip Oliphant, TN Bar No. 025990
THE ROLWES LAW FIRM, LLC
1951 Mignon Avenue
Memphis, TN 38107
901.519.9135 (voice)
901.979.2499 (fax)
poliphant@rolweslaw.com

*Attorney for Plaintiff*

1