UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CARLOS GOMEZ, on behalf of himself and all others similarly situated, § § § § | |
| Plaintiff, § § | |
| v. § § | No.: 2:23-cv-2334-SHM-atc |
| D & M BOLANOS DRYWALL, LLC, MIRNA BOLANOS, individually, DAVID BOLANOS, individually, and BENJAMIN WARD, individually, § § § § § § | |
| Defendants. | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on April 8, 2025.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| April 8, 2025 | WENDY R. OLIVER |
|---|---|
| DATE | CLERK |
| | |
| | JAIRO MENDEZ |
| | (By) DEPUTY CLERK |